**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LESH TRUCKING, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-709-SLP |
| | ) |
| ACRISURE, LLC D/B/A | ) |
| FRATES IRWIN RISK MANAGEMENT | ) |
| SOLUTIONS, LLC | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Motion to Dismiss [Doc. No. 53] filed by Defendant

Acrisure, LLC d/b/a Frates Irwin Risk Management Solutions, LLC.  Plaintiff Lesh

Trucking, LLC filed its Response on June 8, 2026.  [Doc. No. 58].  The motion is at issue.

Acrisure seeks dismissal of all of Plaintiff's claims, arguing that Plaintiff does not have

authority to maintain any action in the State of Oklahoma because it was listed as inactive

with the Oklahoma Secretary of State.

Under Oklahoma law, "[a] domestic limited liability company that has ceased to be

in good standing ... may not maintain any action, suit or proceeding in any court of this

state *until the domestic limited liability company has been reinstated as a domestic limited*

*liability company in good standing ....*"  Okla. Stat. Ann. tit. 18, § 2055.2(F) (emphasis

added). However, as several courts in this judicial district have held, if a limited liability

company is reinstated, the "reinstatement relates back to and takes effect as if the domestic

limited liability company had never ceased to be in good standing." *Id.* at § 2055.3(B); *see*

*also Elite Motorsports LLC v. Peoplease, LLC*, No. CIV-24-72-R, 2024 WL 694041, *1 (W.D. Okla. Feb. 20, 2024).

In its response brief [Doc. No. 58], Plaintiff submitted a Certificate of Good Standing showing that the Oklahoma Secretary of State "issued a Certificate of Good Standing certifying that Lesh Trucking is duly organized, existing, and in good standing under Oklahoma law." [Doc. No. 58] at 1. Because Plaintiff is now in good standing, Defendant's argument that Plaintiff lacks capacity to maintain this lawsuit is moot. *Elite Motorsports LLC*, 2024 WL 694041 at *1 (holding that because Plaintiff had been reinstated the lawsuit was moot); *see also KLMN Mansions S., LLC v. Travelers Prop. Cas. Co. of Am.*, No. CIV-20-1174, 2021 WL 2583559 (W.D. Okla. June 23, 2021) ("Because Plaintiff has been reinstated with the Office of the Secretary of State, Defendant's claims as to Plaintiff's ability to assert and maintain this lawsuit are moot.").

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is DENIED AS MOOT.

IT IS SO ORDERED this 16th day of June, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE

2